JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CARLOS ANDRES RIVERA MARTINEZ,

      Petitioner,

   v.

WARDEN, ETC., ET AL.,

      Respondents.

No. ED CV 26-3212-E

JUDGMENT

Pursuant to the "Order for Entry of Judgment," the Petition is granted in part and: (a) Respondents are ordered to release Petitioner (A# 246-834-939) from detention immediately, subject to the conditions of his previous supervision; and (b) Respondents are enjoined from re-detaining Petitioner absent compliance with constitutional protections, including an explanation of the reasons for re-detention and an opportunity to be heard before an Immigration Judge in opposition thereto.

DATED: June 22, 2026.

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE